

FILED
4:53 pm, 10/23/24
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Timothy W Steury

Defendant,

Case Number: L:24-PO-00955-SAH

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location: Mammoth Courthouse**

Yellowstone Justice Center, 105 Albright Ave.
Mammoth YNP, WY 82190

Date: October 28, 2024
Time: 10:00 am

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 23, 2024

*Stephanie Hambrick*
Stephanie A. Hambrick
United States Magistrate Judge