Ariel C. Calmes
Wyoming State Bar No. 7-4807
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
Ariel.calmes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Case Number: L:24-PO-00955-SAH** |
| **TIMOTHY W. STEURY II,** | |
| Defendant. | |

## PETITION TO REVOKE DEFENDANT'S PRETRIAL BOND RELEASE

The United States, by and through its attorney, Ariel C. Calmes, Assistant United States Attorney for the District of Wyoming hereby petitions the Court to revoke the Defendant's bond in the above-entitled case and for this Court to issue a warrant for the Defendant's arrest pursuant to 18 U.S.C. §3148.

The Defendant's actions constitute a violation of the conditions of his pretrial release. On October 28, 2024, this Court issued Order Setting Conditions of Release herein requiring the Defendant to obtain a substance abuse evaluation within fourteen days of October 28, 2024, and provide proof of evaluation to the Court. (Docs 14 & 15). As of the date of the filing of this motion Defendant has failed to obtain the evaluation or provide the documentation to the Court as ordered. Accordingly, the United States petitions the Court to revoke the Defendant's Pretrial Release and issue a warrant for the Defendant's arrest. The

2

United States further requests that, after holding a hearing herein, this Court issue an order of detention for the Defendant herein and require the Defendant to forfeit to the United States the five-thousand dollars ($5,000) unsecured bond ordered herein and pay that amount to the United States within a reasonable time.

DATED this 28th day of January 2025.

                                ERIC HEIMANN
                                United States Attorney

By:   */s/ Ariel C. Calmes*
       ARIEL C. CALMES
       Assistant United States Attorney